IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALDA MESON                        :

                                     :

    v.                               : Civil Action No. DKC 2004-3806

                                     :

GATX TECHNOLOGY SERVICES
CORPORATION, et al.                  :

**ORDER**

Upon consideration of the Joint Motion to Grant Summary Judgment on Count I in its Entirety (papers 40 and 41), it is this 1st day of August, 2006, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion (paper 40) BE, and the same hereby IS, GRANTED;

2.   The remaining claims in Count I concerning compensation as a manager BE, and the same hereby ARE, DISMISSED;

3.   All prior rulings are incorporated herein and this judgment is final for purposes of Fed.R.Civ.P. 58; and

4.   The clerk will transmit copies of this order to counsel for the parties and CLOSE this case.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge